FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| TOLKO INDUSTRIES LTD.,<br>TOLKO MARKETING & SALES LTD., AND<br>GILBERT SMITH FOREST PRODUCT LTD.<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant. | SUMMONS<br><br>Court No. 23-00204 |

**TO:** The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

___

1. <u>Name and Standing of Plaintiffs</u>:  Tolko Industries Ltd., Tolko Marketing and Sales Ltd., and Gilbert Smith Forest Products Ltd. ("Plaintiffs" or collectively, "Tolko") are foreign manufacturers, producers, or exporters of merchandise subject to the proceeding before the U.S. Department of Commerce ("Commerce") that resulted in the contested determination.  Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(A).  Accordingly, Plaintiffs have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

2. <u>Brief Description of Contested Determination</u>:  Plaintiffs contest certain aspects of Commerce's final results of the 2021 antidumping duty administrative review of Certain Softwood Lumber Products from Canada.  *See Certain Softwood Lumber Products From Canada:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021*, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023) ("*Final Results*").  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

3. <u>Date of Determination</u>:  Commerce issued its *Final Results* on July 26, 2023, which were published in the *Federal Register* on August 1, 2023.

Respectfully submitted by:

Henry D. Almond
Kang Woo Lee

*Counsel to Plaintiffs Tolko Industries Ltd., Tolko Marketing and Sales Ltd., and Gilbert Smith Forest Products Ltd.*

ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, D.C. 20001
Phone: (202) 942-5646
Fax: (202) 942-5999
E-mail:  henry.almond@apks.com

/s/ Henry D. Almond
Signature of Plaintiff's Attorney

September 29, 2023
Date

## SERVICE OF SUMMONS BY THE CLERK OF THE COURT

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

### UPON THE UNITED STATES

Jeanne Davidson, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

### UPON THE DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, DC 20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230